# STATE OF LOUISIANA

## COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CARL ENGLAND

NO. 2026 KW 0305

**MAY 18, 2026**

---

In Re:    Carl England, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 396443.

---

**BEFORE:    McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

**WRIT GRANTED.** The court reporter is ordered to comply with the April 9, 2025 district court order and provide relator with a copy of the transcript for the January 29, 2025 Zoom evidentiary hearing on or before August 18, 2026, if the court reporter has not already done so.

**PMc**
**HG**
**TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT